IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LEX CLAIMS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO GARCÍA PADILLA, et al.,<br><br>Defendants. | Case No. 3:16-cv-02374 (FAB) |

**CORPORATE DISCLOSURE STATEMENT
FOR COFINA SERNIOR BONDHOLDERS**

Decagon Holdings 1, LLC, is a limited liability company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Federal Rule of Civil Procedure 7.1 ("Rule 7.1"). Rule 7.1 therefore does not require any disclosures with respect to it.

Decagon Holdings 2, LLC, is a limited liability company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Decagon Holdings 3, LLC, is a limited liability company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Decagon Holdings 4, LLC, is a limited liability company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

1

Decagon Holdings 5, LLC, is a limited liability company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to it.

Decagon Holdings 6, LLC, is a limited liability company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to it.

Decagon Holdings 7, LLC, is a limited liability company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to it.

Decagon Holdings 8, LLC, is a limited liability company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to it.

Decagon Holdings 9, LLC, is a limited liability company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to it.

Decagon Holdings 10, LLC, is a limited liability company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to it.

GoldenTree Asset Management LP, is a limited partnership company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to it.

Civ. No. 3:16-cv-02374

Merced Capital, LP, is a limited partnership company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Old Bellows Partners LP, is a limited partnership company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Scoggin Management LP, is a limited partnership company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Taconic Master Fund 1.5 LP, is a limited partnership company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Taconic Opportunity Master Fund LP, is a limited partnership company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Tilden Park Capital Management LP, is a limited partnership company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Värde Credit Partners Master, LP, is a limited partnership company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Civ. No. 3:16-cv-02374

Värde Investment Partners, LP, is a limited partnership company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to it.

Värde Investment Partners (Offshore) Master, LP, is a limited partnership company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to it.

The Värde Skyway Master Fund, LP, is a limited partnership company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to it.

Whitebox Advisors LLC, is a limited liability company. It is not a corporation, and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1. Rule 7.1 therefore does not require any disclosures with respect to it.

Civ. No. 3:16-cv-02374

Respectfully submitted,

| | |
|---|---|
| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| **Rafael Escalera**<br>USDC No. 122609<br>escalera@reichardescalera.com<br>matos@reichardescalera.com | **Susheel Kirpalani** (*pro hac vice* forthcoming)<br>susheel.kirpalani@quinnemanuel.com |
| **Sylvia M. Arizmendi**<br>USDC-PR 210714<br>arizmendis@reichardescalera.com | **Eric Winston** (*pro hac vice* forthcoming)<br>eric.winston@quinnemanuel.com |
| **Carlos R. Rivera-Ortiz**<br>USDC-PR 303409<br>riverac@reichardescalera.com | **Daniel Salinas**<br>USDC-PR 224006<br>daniel.salinas@quinnemanuel.com |
| 255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913 | **Eric Kay** (*pro hac vice* forthcoming)<br>eric.kay@quinnemanuel.com |
| | **Brant Duncan Kuehn** (*pro hac vice* forthcoming)<br>brant.kuehn@quinnemanuel.com |
| | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603 |

Co-Counsel for Intervenors