IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LEX CLAIMS, LLC, JACANA HOLDINGS I LLC, JACANA HOLDINGS II LLC, JACANA HOLDINGS III LLC, JACANA HOLDINGS IV LLC, JAVANA HOLDINGS V LLC, MPR INVESTORS LLC, ROLSG, LLC, RRW I LLC, <br><br> -and- <br><br> SL PUERTO RICO FUNDS II L.P., <br><br>      Plaintiffs, <br><br>    v. <br><br> ALEJANDRO GARCÍA PADILLA, in his official capacity as Governor of the Commonwealth of Puerto Rico, <br><br> JUAN ZARAGOZA GOMEZ, in his official capacity as Secretary of the Treasury of the Commonwealth of Puerto Rico, <br><br> -and- <br><br> LUIS CRUZ BATISTA, in his official capacity as Director of the Office of Management and Budget of the Commonwealth of Puerto Rico, <br><br>      Defendants. | No. 3:16-cv-02374 (FAB) |

**NOTICE OF TITLE III DISCHARGE AND DISMISSAL OF LITIGATION**

Plaintiffs Lex Claims, LLC; Jacana Holdings I LLC; Jacana Holdings II LLC; Jacana Holdings III LLC; Jacana Holdings IV LLC; Jacana Holdings V LLC; MPR Investors LLC; ROLSG, LLC; RRW I LLC; and SL Puerto Rico Fund II L.P. hereby respectfully provide notice to the Court as follows:

- On February 2, 2019, the United States District Court for the District of Puerto Rico confirmed the *Third Amended Title III Plan of Adjustment for the Puerto Rico Sales Tax Financing Corporation*. *See* Dkt. No. 558 in Case No. 17-03284-LTS. The confirmed Plan provided that, upon the Effective Date of the Plan, which occurred on February 12, 2019, the claims asserted by Plaintiffs in this action relating to the Puerto Rico Sales Tax Financing Corporation were dismissed and shall be deemed dismissed with prejudice. *See* Dkt. No 439 in Case No. 17-03284-LTS, at Ex. A ¶¶ 1.4, 1.116, 2.1(c).

- On January 18, 2022, the United States District Court for the District of Puerto Rico confirmed the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* *See* Dkt. No. 19813 in Case No. 17-03283-LTS. Upon the Effective Date of the Plan, which occurred on March 15, 2022, the confirmation of the Plan operates as a judicial determination of the discharge and release of the remaining claims asserted by Plaintiffs in this action. *See id.* ¶ 56.

Accordingly, Plaintiffs respectfully submit that the Court should take notice of the dismissal of this action pursuant to the Confirmation Orders cited above.

Dated: March 31, 2022

Respectfully submitted,

*/s/ J. Ramón Rivera Morales*
J. Ramón Rivera Morales
JIMÉNEZ, GRAFFAM & LAUSELL
USDC-PR Bar No. 200701
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
rrivera@jgl.com

/s/ Gary A. Orseck
Gary A. Orseck (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
dburke@robbinsrussell.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ J. Ramón Rivera Morales
J. Ramón Rivera Morales